IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN ANTHONY CASTRO<br>12 Park Place, Mansfield, TX 76063<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF THE OKLAHOMA STATE<br>ELECTION BOARD PAUL ZIRIAX<br>2300 N Lincoln Blvd, Room G28<br>State Capitol Building<br>Oklahoma City, OK 73105<br><br>DONALD JOHN TRUMP<br>1100 S. Ocean Blvd, Palm Beach, FL 33480<br><br>Defendants. | **FILED**<br>SEP 29 2023<br>CARMELITA REEDER SHINN, CLERK<br>U.S. DIST. COURT WESTERN DIST. OKLA.<br>BY_____,DEPUTY<br><br>Case No. 5:23-cv-00781-JD |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff files this notice of dismissal before either opposing party has either served an answer or motioned for summary judgement.

Dated: September 27, 2023.

Respectfully submitted,

By: */s/ John Anthony Castro*

John Anthony Castro
12 Park Place
Mansfield, TX 76063
Tel. (202) 594 – 4344
J.Castro@CastroAndCo.com

Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

On September 27, 2023, I submitted the foregoing document with the Clerk of this Court. It is further certified that all other parties are CM/ECF users and that service of this motion will be made upon them via CM/ECF. If not, they will be served via U.S. postal mail.

*/s/ John Anthony Castro*
John Anthony Castro

U.S. District Court
200 NW 4th Street
Oklahoma City, OK 73102

CMRRR